Ⓐ45D (Rev. 12/03) Judgment in a Criminal Case for Revocations: Sheet 2 - Imprisonment

Defendant: **JAMES CIGALLE, a/k/a James Edward Clemons**
Case Number: **1:99-CR-00217-002-WS**

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total **term** of __10 months__.

( ) The court makes the following recommendations to the Bureau of Prisons:

(X) The defendant is remanded to the custody of the United States Marshal.

( ) The defendant shall surrender to the United States Marshal for this district:
   ( ) at __ .m. on __.
   ( ) as notified by the United States Marshal.

( ) The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
   ( ) before 2 p.m. on ____.
   ( ) as notified by the United States Marshal.
   ( ) as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on __11/22/04__ to __FCC Yazoo City, MS__ at _____

with a certified copy of this judgment.

I HAVE PARTIALLY/FULLY EXECUTED THIS J&C/WRIT/WARRANT TRANSFER ORDER BY TAKING CUSTODY OF _Cigalle_ AT _Jackson Co_ AND COMMITTING SAME TO _ATC_ ON _10/20/04_

M. [signature]
BOP BUS LIEUTENANT

UNITED STATES MARSHAL

By: for D. [signature], Lt
Deputy U.S. Marshal